UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff/Counter-Defendant,

-v-

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY,

Defendant/Counter-Plaintiff.

CIVIL ACTION NO. 25 Civ. 8794 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 16, 2026 (the "Conference") to discuss the status of discovery. (See Dkt. No. 21). Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may so do by using the annexed form.
2. The following deadlines set forth in the Case Management Plan (Dkt. No. 22) are **EXTENDED**:
   a. The deadline for the parties to request a settlement conference is **EXTENDED** to **November 19, 2026**;
   b. The deadline to complete depositions is **EXTENDED** to **December 4, 2026**;
   c. The deadline to serve requests for admission is **EXTENDED** to **January 7, 2027**;
   d. The deadline to complete fact and expert discovery is **EXTENDED** to **February 8, 2027**;

e. The deadline for the parties to file a joint letter certifying the completion of all discovery is **EXTENDED** to **February 15, 2027**; and

f. The parties' trial-ready date is **EXTENDED** to **May 17, 2027**.

3. By **November 12, 2026**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

4. Another telephone conference to discuss the status of discovery is scheduled for **November 17, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
July 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL